IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL MERTON IRONS, II,

    Petitioner,                  No. CIV S-05-0912 DFL KJM P

    vs.

D.K. SISTO,[1]

    Respondent.              <u>ORDER</u>

_____/

        This matter was on calendar for a status conference on May 9, 2007. Ann McClintock, Assistant Federal Defender, appeared for petitioner; Pamela Hooley, Deputy Attorney General, appeared for respondent.

        Petitioner's motion for discovery, if any, is due within forty-five days from the date of this order, respondent's opposition is due twenty days after the motion is filed and petitioner's reply, if any, is due ten days after the opposition is filed.

/////

////

---

[1] D.K. Sisto, the current warden of CSP-Solano is substituted for Tom Carey as respondent. Fed. R. Civ. P. 25(d)(1).

1

1         If petitioner elects not to file a discovery motion, then any supplemental briefing
2 should be filed following the schedule set above.
3         IT IS SO ORDERED.
4 DATED: May 18, 2007.

                                          U.S. MAGISTRATE JUDGE

2