IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL MERTON IRONS, II,

    Petitioner,  No. CIV S-05-0912 JAM KJM P

  vs.

D.K. SISTO, Warden, et al.,

    Respondents.  ORDER

_____/

    On January 3, 2008, respondent filed a request for reconsideration of the magistrate judge's order filed December 18, 2007, granting petitioner's motion for leave to conduct discovery.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

    Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed December 18, 2007, is affirmed.

DATED: August 22, 2008

       /s/ John A. Mendez
       UNITED STATES DISTRICT JUDGE

/ke; iron0912.850