IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL MERTON IRONS, II,

    Petitioner,               No. CIV S-05-0912 JAM CHS P

    vs.

D.K. SISTO, Warden, et al.,

    Respondents.        ORDER

                                /

        Petitioner is a state prison inmate proceeding with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. On December 18, 2007, petitioner was granted leave to conduct discovery. On January 3, 2008, respondent filed a request for reconsideration. On August 25, 2008, the District Judge assigned to this matter affirmed the December 18, 2007, order. Since that date the parties have had no contact with the court.

        Therefore, IT IS HEREBY ORDERED that petitioner file a status report within 30 days of the date of this order. Respondent's report, if any, will be filed within 10 days of the date of petitioner's filing.

DATED: May 5, 2009

*/s/ Charlene H. Sorrentino*
CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE

1